IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>and<br><br>JIM ALLEN, et al., as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIPS MASONRY GROUP, INC.,<br><br>Defendant. | Case No. 1:07-cv-00622-JR<br><br>Judge Robertson |

## **LOCAL RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Phillips Masonry Group, Inc. ("Phillips"), certify that to the best of my knowledge and belief that there are no parent companies, subsidiaries or affiliates of Phillips which have any outstanding securities in the hands of the public.

/s/R. Mitchell Porcello
R. Mitchell Porcello (D.C. Bar No. 489077)
Robert E. Boston (TN Bar No. 9744)
Michael J. Rusie (TN Bar No. 26010)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219-1760
Tel:    (615) 244-6380
Fax:   (615) 244-6804
mitch.porcello@wallerlaw.com
bob.boston@wallerlaw.com
michael.rusie@wallerlaw.com

Attorneys for Defendant

1501233.1