IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV 07-0622 (JR) |
| | ) | |
| PHILLIPS MASONRY GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFFS'OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM IN SUPPORT

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund hereby file this Consent Motion for Enlargement of Time to File Plaintiffs' Opposition to Defendant's Motion to Dismiss.

1.   On April 3, 2007, Plaintiffs filed a Complaint against Defendant for delinquent fringe benefit contributions determined due by an audit.

2.   On May 21, 2007, Defendant filed a Motion to Dismiss.

3.   Plaintiffs are seeking to engage with Defendants in settlement discussions. Accordingly, an extension of the due date for Plaintiffs' Opposition would be beneficial and avoid the incurring of unnecessary legal fees. Plaintiffs and Defendant have agreed on an extension of the due date for Plaintiffs' Opposition from June 1, 2007 to July 2, 2007.

4.   No pretrial conference or trial date has been scheduled in this matter. Accordingly, the extension requested in this motion will not affect any other dates or deadlines that have been set by the Court.

5.    No prior extensions have been requested or granted in this matter.

6.    Accordingly, the parties respectfully request that the Court set July 2, 2007 as the deadline for Plaintiffs' Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

Dated:  May 31, 2007                    By:_____/s/_____

Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
 DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
 2101 L Street, N.W.
 Washington, D.C.  20037-1526
 T:  (202) 828-2234
 F:  (202) 887-0689

Attorneys for Plaintiffs
John Flynn, et al.


Dated: May 31, 2007                    By:_____/s/_____

R. Mitchell Porcello, D.C. Bar No. 489077
Robert E. Boston
Michael J. Rusie
 WALLER LANSDEN DORTCH
  & DAVIS, LLP
 511 Union Street, Suite 2700
 Nashville, TN  37219-1760
 T:  (615) 244-6380
 F:  (615) 244-6804

Attorneys for Defendant
Phillips Masonry Group, Inc.

2

2266834.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,      ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.      ) | Case No. CV 07-0622 (JR) |
| ) | |
| PHILLIPS MASONRY GROUP, INC.      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion for Enlargement of Time to File Paintiffs' Opposition to Defendant's Motion to Dismiss, the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that the motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that the due date for the Plaintiffs' Opposition to Defendant's Motion to Dismiss is extended to July 2, 2007.

**SO ORDERED**, this _____ day of _____, 2007.

_____
James Robertson
United States District Judge

2266848.01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | )  Case No. CV 07-0622 (JR) |
|  | ) |
| PHILLIPS MASONRY GROUP, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Charles V. Mehler III, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC   20037
(202) 828-2234

R. Mitchell Porcello, Esquire
Robert E. Boston, Esquire
Michael J. Rusie, Esquire
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219-1760
(615) 244-6380