UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,           :
                                :
    Plaintiffs,            :
                                :
  v.                            : Civil Action No. 07-0622 (JR)
                                :
PHILLIPS MASONRY GROUP, INC.,   :
                                :
    Defendant.             :

## ORDER

Plaintiff having failed to respond to the pending motion to dismiss within the extended time permitted by this Court's minute order of June 1, 2007, it is **ORDERED** that the motion to dismiss [2] is **granted as conceded**.


                                         JAMES ROBERTSON
                           United States District Judge