IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Case No. CV 07-0622 (JR) |
| PHILLIPS MASONRY GROUP, INC., | ) ) ) |
| Defendant. | ) ) ) |

**CONSENT MOTION TO VACATE THE COURT'S JULY 6, 2007 ORDER,
STIPULATION OF DISMISSAL,
AND INCORPORATED MEMORANDUM IN SUPPORT**

Pursuant to Fed. R. Civ. P. 60(b)(1), Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund, hereby file this Consent Motion seeking relief from the Court's July 6, 2007 Order granting Defendant's Motion to Dismiss, as conceded, on the ground of inadvertence or excusable neglect. Plaintiffs hereby respectfully move for an Order vacating the Court's July 6, 2007 Order, and dismissing this case pursuant to the Parties' Stipulation of Dismissal.

1. On May 21, 2007, Defendant filed a Motion to Dismiss the Complaint.

2. On May 31, 2007, the Parties discussed a settlement of this matter which would obviate the need for the Plaintiffs to respond to the Motion to Dismiss.

3. On June 5, the Parties agreed to the terms of a settlement and Plaintiffs sent counsel for Defendant the settlement papers necessary to resolve this case.

4. Those settlement papers were executed on July 5, 2007 and Plaintiffs are awaiting receipt of the settlement check from Defendant.

5. During this time, Plaintiffs inadvertently failed to respond to the Motion to Dismiss or to inform the Court that the matter had been settled. Plaintiffs apologize to the Court for this oversight.

6. The Parties seek to stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7. Accordingly, the case having been resolved, the Parties request that the Court's Order dismissing this case be vacated, and that the Court approve the Parties' Stipulation to dismissal of this case pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

Dated: July 9, 2007

By:_____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, N.W.
 Washington, DC  20006-5403
 T: (202) 420-2234
 F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

Dated: July 9, 2007

By:_____/s/_____
R. Mitchell Porcello, D.C. Bar No. 489077
Robert E. Boston
Michael J. Rusie
 WALLER LANSDEN DORTCH
 & DAVIS, LLP
 511 Union Street, Suite 2700
 Nashville, TN  37219-1760
 T: (615) 244-6380
 F: (615) 244-6804

Attorneys for Defendant
Phillips Masonry Group, Inc.

2266834.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV 07-0622 (JR) |
| ) | |
| PHILLIPS MASONRY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion to Vacate the Court's July 6, 2007 Order and to approve the Parties Stipulation of Dismissal, the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that the motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that the Court's July 6, 2007 Order granting Defendant's Motion to Dismiss is vacated and the Parties' Stipulation of Dismissal of this action is hereby granted.

**SO ORDERED**, this _____ day of_____, 2007.

_____
James Robertson
United States District Judge

2285895.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No. CV 07-0622 (JR) <br> ) |
| PHILLIPS MASONRY GROUP, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esquire
>Charles V. Mehler III, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC  20006-5403
>(202) 420-2234

>R. Mitchell Porcello, Esquire
>Robert E. Boston, Esquire
>Michael J. Rusie, Esquire
>Waller Lansden Dortch & Davis, LLP
>511 Union Street, Suite 2700
>Nashville, TN  37219-1760
>(615) 244-6380